BEFORE THE SECOND DIVISION, SEPTEMBER 21, 1939

**No. 42237.**—Protests 893534–G, etc., of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. The record showed that the merchandise consists of hand-made nets in chief value of cotton. On the authority of Abstract 39870 the claim at 40 percent under paragraph 923 was sustained.

**No. 42238.**—Protest 834063–G of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. In accordance with stipulation of counsel mufflers in chief value of silk, hemmed or hemstitched, were held dutiable at 60 percent under paragraph 1209 and mufflers in chief value of rayon or other synthetic textile, not hemmed or hemstitched, were held dutiable at 45 cents per pound and 60 percent ad valorem under paragraph 1310 as claimed.